

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00245-CV

S.C. MAXWELL FAMILY PARTNERSHIP, LTD., Appellant

V.

THOMAS KENT & NANCY KENT, Appellee

Appeal from the 335th Judicial District of Washington County.  (Tr. Ct. No. 35517).

**TO THE 335TH JUDICIAL DISTRICT OF WASHINGTON COUNTY, GREETINGS:**

Before this Court, on the 4th day of August 2015, the case upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

This case is an appeal from the interlocutory order signed by the trial court on March 5, 2015.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's order contains no reversible error.  Accordingly, the Court **affirms** the trial court's order.

The Court orders that the appellant, S.C. Maxwell Family Partnership, Ltd., pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered August 4, 2015.

Panel consists of Chief Justice Radack and Justices Higley and Massengale. Opinion delivered by Justice Massengale.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

October 23, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

